In the Matter of TAX LIENS. VINCENT TERIO, Appellant; COUNTY OF PUTNAM, Respondent.

Submitted June 30, 2008; decided September 4, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of VINCENT TERIO, Appellant, v SYSTEMS & SERVICES TECHNOLOGIES, INC., Respondent.

Submitted June 30, 2008; decided September 4, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for poor person relief dismissed as academic.